AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

CARMEN AGREDA-OROZCO

CRIMINAL COMPLAINT

CASE NUMBER: 8:15-MJ-

8:15 MJ 1 177 AEP

I, Michael A. Fabyanic, the undersigned complainant, being duly sworn, state the following Is true and correct to the best of my knowledge and belief.   On or about September 16, 2014, in Hillsborough County, in the Middle District of Florida, defendant CARMEN AGREDA-OROZCO did

commit aggravated identity theft relating to the false personation of citizenship, in violation of Title 18, United States Code, Section 1028A(a)(1).   I further state that I am a Special Agent with Homeland Security Investigations and that this Complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
MICHAEL A. FABYANIC

Sworn to before me and subscribed in my presence,

March 24, 2015                              at          Tampa, Florida

_____
Signature of Judicial Officer

ANTHONY E. PORCELLI
United States Magistrate Judge
Name & Title of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Michael A. Fabyanic, being duly sworn, deposes and states as follows: I am a Special Agent with the Immigration and Customs Enforcement (hereafter referred to as the ICE), Department of Homeland Security, and have been so employed since the creation of the agency in 2003. Prior to that time, I was a Special Agent of the United States Customs Service, having been so employed since September, 2001. I have an additional eight years of employment as a police officer, deputy sheriff and detective. I also have six years of experience as a commissioned officer in the United States Air Force. I have experience and training in the investigation of crimes involving smuggling, money laundering, arms trafficking, street gangs, immigration, and other violations investigated by ICE. I am currently assigned to the ICE Office of Investigations, Special Agent in Charge, Public Safety and Worksite Enforcement Group, Tampa, Florida. My primary assignment is investigation of street gang related crimes. I am assigned to the Tampa Bay Area Multi-Agency Gang Task Force (MAGTF).

This affidavit is in support of a criminal complaint. The statements contained in this affidavit are based on information provided by other law enforcement officers and my experience and background. I have not included each and every fact known to me concerning this investigation but I have set forth the facts that I believe are necessary to establish probable cause to believe that Carmen Agreda-Orozco, a citizen and national of Venezuela, has committed the offenses of false presentation of citizenship and aggravated identity theft, in violation of Title 18, United States Code, Sections 911 and 1028A.

## FACTS AND CIRCUMSTANCES

1. On March 23, 2015, Florida Highway Patrol Trooper Steve Varnell spoke with Carmen Agreda-Orozco in Riverview Florida. When asked for identification, she produced a valid Venezuelan passport, containing a B1 category visa valid from July 12, 2006 through September 11, 2006. Because the visa became void after September 11, 2006, Agreda-Orozco is illegally in the United States. Trooper Varnell took a picture of that visa and sent it to me.

2. I conducted a records check which produced a match for the visa issued to the Venezuelan citizen, Carmen Agreda-Orozco. I obtained a photograph of Carmen Agreda-Orozco which was captured when she entered the United States with that visa. I then compared this photograph to a record maintained by the Florida Department of Highway Safety and Motor Vehicles (DHSMV). This DHSMV record is of Carmen Luz Pacheco Rojas. This record contained photographs of two different individuals. One photograph in this record was of Carmen Agreda-Orozco. That photo of Agreda-Orozco was taken when she presented a Social Security card, number XXX-XX-XX16, and a Puerto Rican birth certificate, under the name Carmen Luz Pacheco Rojas, in an attempt

to obtain a Florida identification card.  This application was made in Hillsborough County, Middle District of Florida, on September 16, 2014 and included the statement that she was a United States citizen.  The second photograph in this record was captured on January 20, 2012, when an original Florida identification card was issued to the real Carmen Luz Pacheco Rojas.  ✳

3.  Based upon this information, it is my belief that probable cause exists to charge Carmen Agreda-Orozco, a citizen and national of Venezuela, with false presentation of citizenship and aggravated identity theft, in violation of Title 18, United States Code, Sections 911 and 1028A.

_____
MICHAEL A. FABYANIC

Sworn to before me and subscribed in my presence, on the 24th day of March, 2015, in Tampa, Florida.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

✳ Your affiant has reviewed a copy of the social card and birth certificate and the social security number is identical to the card assigned to Pacheco Rojas.

AP    MAF

2